IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BAD VIBES FOREVER, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-11010

Judge Charles P. Kocoras

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 20 | Chanmei Sportswear |
| 21 | flowereyes |
| 24 | hechuanfushiyouxiangongsi |
| 25 | huihui |
| 27 | Jiali |
| 28 | Jieqiangfushi |
| 30 | KJCEWSTX Clothing |
| 31 | mannuo |
| 32 | mengkufushi |
| 33 | motuo |
| 35 | RECO |
| 37 | senmingfushiyouxiangongsi |
| 45 | youxingfushi |
| 46 | ZJSY |
| 52 | CRAZYSHAWN |
| 55 | Fashion Frontier local |
| 64 | Long Sleeve Haven |
| 67 | Modern Couture |

DATED:  November 2, 2025	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 2, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
Keith A. Vogt