# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BAD VIBES FOREVER, LLC, | Case No.: 1:25-cv-11010 |
| Plaintiff, | Judge Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## STATUS REPORT

Plaintiff, BAD VIBES FOREVER, LLC ("Plaintiff") files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [26].

Plaintiff filed a motion for entry of default and default judgment [29] today, on November 3, 2025. This motion is currently pending before the Court and is noticed for presentment on Tuesday, November 18, 2025 at 9:50 A.M. [31].

As of the time of filing this status report, the default judgment order would resolve all of the defendants who currently remain in the case..

DATED: November 3, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 3, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                          */s/ Keith A. Vogt*
                                           Keith A. Vogt